1  C. YONG JEONG, ESQ. (SBN 255244)
   PAUL J. COHEN, ESQ. (SBN 293797)
2  JEONG & LIKENS, L.C.
   1055 W. 7TH Street, Suite 2280
3  Los Angeles, California 90017
   Tel. 213-688-2001
4  Fax. 213-688-2002
5
   Attorneys for Plaintiff, URBAN TEXTILE, INC.
6

7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11  URBAN TEXTILE, INC., a California          Case Number:   2:14-cv-6967
    Corporation;
12
                                               PLAINTIFF'S COMPLAINT FOR:
13        Plaintiff,                           1. COPYRIGHT INFRINGEMENT
                                               AND/OR
14        vs.                                  2. VICARIOUS AND/OR CONTRIBUTORY
                                               COPYRIGHT INFRINGEMENT
15  THE CATO CORPORATION, a Delaware
    Corporation; and DOES 1-20, inclusive,
16                                             **Jury Trial Demanded**
          Defendants.
17

18

19

20  Plaintiff Urban Textile, Inc. ("Plaintiff" or "Urban") by and through its undersigned attorneys,

21  hereby prays to this honorable Court for relief and remedy based on the following:

22

23                          **INTRODUCTION**

24  Plaintiff is a California-based company engaged in the apparel industry as a textile converter of

25  imported and domestic fabrications.  Plaintiff creates, or purchases and obtains, exclusive rights

26  to unique two-dimensional graphic artworks for use on textiles and garments, and those textiles

27  and garments are transacted primarily in the fashion industry.  Plaintiff owns these designs in

28  exclusivity and makes sales of products bearing these designs for profit.  Plaintiff's business is

                                    1
                        COMPLAINT FOR DAMAGES

1  predicated on its ownership of these designs and it spends a considerable amount of time and

2  resources creating and obtaining top-quality, marketable and aesthetically-appealing designs.

3  Customers of Plaintiff, including possibly DOE defendants named herein, take design samples

4  with the understanding and agreement that they will only utilize Plaintiff to reproduce said

5  designs should they wish to do so, and will not seek to make minor changes to Plaintiff's

6  proprietary work to reproduce the same elsewhere, yet use those designs in furtherance of their

7  business in violation of both their contractual agreement with Plaintiff and Plaintiff's copyrights.

8  No other party is authorized to make sales of product bearing Plaintiff's proprietary designs

9  without express permission from Plaintiff.  This action is brought to recover damages for direct,

10  vicarious and contributory copyright infringement arising out of the misappropriation of

11  Plaintiff's exclusive designs by the Defendants, and each of them.

12

13

14                             **JURISDICTION AND VENUE**

15  1.  This action arises under the Copyright Act of 1976, Title 17 U.S.C. § 101 *et seq.*

16  2.  This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a) and (b).

17  3.  Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) in that this is

18      the judicial district in which a substantial part of the acts and omissions giving rise to the

19      claims occurred.

20

21

22                                    **PARTIES**

23  4.  Urban Textile, Inc. ("Plaintiff") is a corporation organized and existing under the laws of the

24      State of California with its principal place of business in the County of Los Angeles, at 3700

25      S. Santa Fe Avenue, Vernon, CA 90058.

26  5.  Plaintiff is informed and believes and thereon alleges that Defendant The Cato Corporation,

27      is, and at all times herein mentioned was, a corporation organized and existing under the laws

28

COMPLAINT FOR DAMAGES

1    of Delaware with its principal place of business at 8100 Denmark Road, Charlotte, NC

2    28273.

3    6.  Named Defendant, and Does 1-20, may be collectively referred to as "Defendants."

4    7.  Plaintiff is informed and believes and thereon alleges that some of Defendants Does 1

5         through 3, inclusive, are manufacturers and/or vendors of garments to Defendant, which

6         DOE Defendants have manufactured and/or supplied and are manufacturing and/or supplying

7         garments comprised of fabric printed with Plaintiff's copyrighted design(s) (as hereinafter

8         defined) without Plaintiff's knowledge or consent or have contributed to said infringement.

9         The true names, whether corporate, individual or otherwise, and capacities of defendants

10        sued herein as Does 1 through 3 are presently unknown to Plaintiff at this time, and therefore,

11        Plaintiff sues said defendants by such fictitious names. Plaintiff will seek leave to amend this

12        complaint to allege their true names and capacities when the same have been ascertained.

13        Plaintiff is informed and believes, and based thereon alleges, that each of defendants

14        designated as a DOE is responsible in some manner for the events alleged herein and the

15        damages caused thereby.

16   8.  Defendants DOES 4 through 20, inclusive, are other parties not yet identified who have

17        infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's

18        copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true

19        names, whether corporate, individual or otherwise, and capacities of defendants sued herein

20        as Does 4 through 20 are presently unknown to Plaintiff at this time, and therefore, Plaintiff

21        sues said defendants by such fictitious names.  Plaintiff will seek leave to amend this

22        complaint to allege their true names and capacities when the same have been ascertained.

23   9.  Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto each

24        of Defendants acted in concert with each other, was the agent, affiliate, officer, director,

25        manager, principal, alter-ego, and/or employee of the remaining defendants and was at all

26        times acting within the scope of such agency, affiliation, alter-ego relationship and/or

27        employment; and actively participated in or subsequently rarified and adopted, or both, each

28        and all of the acts or conducts alleged, with full knowledge of all the facts and circumstances,

3

COMPLAINT FOR DAMAGES

1  including without limitation to full knowledge of each and every wrongful conducts and

2  Plaintiff's damages caused therefrom.

3

4  **CLAIMS RELATED TO DESIGN**

5  10. Plaintiff is the owner and author of a two-dimensional artwork called URBAN DESIGN-43

6  and URBAN DESIGN-45 ("Subject Designs") (Exhibit A).

7  11. Plaintiff applied for a copyright from the United States Copyright Office for the Subject

8  Designs and was granted Registration No. VAu 1-150-538 on October 9, 2013; No. VAu 1-

9  158-182 on January 17, 2014 (Exhibit B).

10 12. Plaintiff formatted the Subject Designs for use on textiles, sampled the Subject Designs, and

11  negotiated sales of fabric bearing the Subject Designs.

12 13. Plaintiff is informed and believes and thereon alleges that, without Plaintiff's authorization,

13  Defendants purchased, sold, manufactured, caused to be manufactured, imported and/or

14  distributed fabric and/or garments comprised of fabric featuring a design which is identical,

15  or substantially similar to, the Subject Designs. A true and correct copy of such garments are

16  attached hereto as Exhibit C.  Said garments include but are not limited to garments sold by

17  Defendants under Style number 30484943 and 30297766

18 14. At various times Defendants owned and controlled retail stores, and each, Plaintiff's

19  investigation revealed that garments comprised of fabric bearing the Subject Designs were

20  being offered for sale, garments which were manufactured and/or imported under the

21  direction of the Defendants, and each of them.

22 15. Plaintiff is informed and believes and thereon alleges that, without Plaintiff's authorization,

23  Defendants purchased, sold, manufactured, caused to be manufactured, imported and/or

24  distributed fabric and/or garments comprised of fabric featuring a design which is identical,

25  or substantially similar to, the Subject Designs.

26 16. None of the aforementioned transactions were authorized by Plaintiff, and all were in

27  violation of Plaintiff's intellectual property rights.

28

COMPLAINT FOR DAMAGES

**FIRST CLAIM FOR RELIEF**

(For Copyright Infringement – Against all Defendants, and Each)

17. Plaintiff repeats, re-alleges and incorporates herein by reference as though fully set forth the allegations contained in Paragraphs 1 through 17, inclusive, of this Complaint.

18. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, accessed the Subject Designs through, without limitation, the following: (a) access to Plaintiff's design library; (b) access to authorized or unauthorized reproductions in the possession of other vendors and/or DOE Defendants; and (c) access to Plaintiff's strike-offs, swatches, paper CADs and samples.

19. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyright by importing, creating, making and/or developing directly infringing and/or derivative works from the Subject Designs and by importing, producing, distributing and/or selling infringing garments through a nationwide network of retail stores, catalogues, and online websites.

20. Due to Defendants' acts of infringement, Plaintiff has suffered substantial damages to its business in an amount to be established at trial.

21. Due to Defendants' acts of infringement, Plaintiff has suffered general and special damages to its business in an amount to be established at trial.

22. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Designs.  As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of the Subject Designs in an amount to be established at trial.

**SECOND CLAIM FOR RELIEF**

(For Vicarious and/or Contributory Copyright Infringement – Against All Defendants)

23. Plaintiff repeats, re-alleges and incorporates herein by reference as though fully set forth the allegations contained in Paragraphs 1 through 20, inclusive, of this Complaint.

5

COMPLAINT FOR DAMAGES

1   24. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them,

2       knowingly induced, participated in, aided and abetted in and resultantly profited from the

3       illegal reproduction, importation, purchase, distribution and/or sales of product featuring the

4       Subject Designs as alleged herein above.

5   25. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, are

6       vicariously liable for the infringement alleged herein because they had the right and ability to

7       supervise the infringing conduct and because they had a direct financial interest in the

8       infringing product.

9   26. By reason of the Defendants', and each of their, acts of contributory and/or vicarious

10      infringement as alleged above, Plaintiff has suffered and will continue to suffer substantial

11      damages to its business in an amount to established at trial, as well as additional general and

12      special damages in an amount to be established at trial.

13   27. Due to Defendants' acts of contributory and/or vicarious copyright infringement as alleged

14      herein, Defendants, and each of them, have obtained direct and indirect profits they would

15      have not otherwise realized bur for their infringement of the Subject Designs.  As such,

16      Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable

17      to Defendants' infringement of the Subject Designs, an amount to be established at trial.

18

19                                   **PRAYER FOR RELIEF**

20   WHEREFORE, Plaintiff prays for judgment against all Defendants as follows:

21                                  **Against All Defendants**

22   With respect to Each Claim for Relief:

23   1.   That Defendants, their agents and servants be enjoined from infringing Plaintiff's copyrights

24       in any manner;

25   2.   That Plaintiff be awarded all profits of Defendants plus all losses of Plaintiff, the exact sum

26       to be proven at time of trial, or, if elected before final judgment, statutory damages as

27       available under the Copyright Act, 17 U.S.C. § 101 *et seq.*;

28   3.   That Plaintiff be awarded its attorneys' fees as available under the Copyright Act, 17 U.S.C.

COMPLAINT FOR DAMAGES

1    § 101 *et seq.*;

2    4.   That Plaintiff be awarded pre-judgment interest as allowed by law;

3    5.   That Plaintiff be awarded costs of litigation; and

4    6.   That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

5

6

7                           **DEMAND FOR TRIAL BY JURY**

8    Plaintiff hereby demands a trial by jury in this action pursuant to Federal Rule of Civil Procedure

9    38 and the Seventh Amendment of the Constitution.

10

11

12    Dated: September 5, 2014

13

14

15                            Respectfully submitted,

16

17

18                            C. Yong Jeong, Esq.

19                            Paul Cohen, Esq.
                              Daniel Cohen, Esq.

20                            Betty An, Esq.
                              Attorneys for Plaintiff, Urban Textile, Inc.

21

22

23

24

25

26

27

28

COMPLAINT FOR DAMAGES