UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 14-6967-PLA                                                             Date May 4, 2015

Title: Urban Textile, Inc. v. The Cato Corporation, et al.

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
NONE                                                                       NONE

**PROCEEDINGS:**        (IN CHAMBERS)

Plaintiff's First Amended Complaint was filed on March 31, 2015, adding Mark Edwards Apparel, Inc., as a defendant to this action.  Plaintiff did not submit a summons at the time the First Amended Complaint was filed, nor has plaintiff requested a summons be issued in order to serve defendant Mark Edwards Apparel, Inc., with the First Amended Complaint.  As of this date, the Court is unaware of any evidence that defendant Mark Edward Apparel, Inc., has in fact been served.  Accordingly, **no later than May 11, 2015, plaintiff is ordered to show cause** why defendant Mark Edwards Apparel, Inc., should not be dismissed from this action for failure to prosecute.  Filing of the request for clerk to issue a summons re First Amended Complaint on or before May 11, 2015, shall be deemed compliance with this Order to Show Cause.  Counsel is reminded that this case is part of the  Magistrate Judge Direct Assignment Program.  In order for this case to remain assigned to Magistrate Judge Paul L. Abrams, **defendant Mark Edwards Apparel, Inc.,** if served, must submit a Statement of Consent to Proceed Before a United States Magistrate within 42 days after service of the summons and First Amended Complaint.  See Local Rule 73-2.

**IT IS SO ORDERED**.

cc:       Counsel of Record

Initials of Deputy Clerk      ch

CV-90 (10/98)                                         CIVIL   MINUTES  -  GENERAL