**O**

# United States District Court
# Central District of California

| | |
|---|---|
| URBAN TEXTILE, INC., | Case No. CV 14-06967 ODW (FFMx) |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION CONTINUING TRIAL AND ATTENDANT DATES** |
| v. | |
| THE CATO CORPORATION; and DOES 1-20, inclusive, | Trial:           February 23, 2016<br>Courtroom:    11 |
| Defendants. | [Assigned to the Honorable Otis D. Wright II] |

Based on the foregoing stipulation and good cause appearing therefrom, IT IS HEREBY ORDERED that all currently scheduled dates are vacated and continued to the following dates:

1. The deadline to lodge the Pretrial Conference Order and Pretrial Exhibit Stipulation, File Trial Briefs, File Contentions of Fact & Law, Exhibit & Witness Lists, and File Status Report Regarding Settlement is continued to March 14, 2016;
2. The Final Pretrial Conference Hearing shall be continued to March 21, 2016 at 1:30pm;
3. The deadline to File Motions in Limine is continued to March 21, 2016;
4. The Hearing on Motions in Limine is continued to March 28, 2016 at 1:30pm;
5. The Trial date shall be continued to April 26, 2016 at 9:00 am.

**IT IS SO ORDERED.**

January 22, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**