David Martinez, Bar No. 193183
DMartinez@robinskaplan.com
Jill S. Casselman, Bar No. 266085
JCasselman@robinskaplan.com
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:   (310) 552-0130
Facsimile:    (310) 229-5800

Attorneys for Defendant
The Cato Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBAN TEXTILE, INC., a California Corporation,<br><br>              Plaintiff,<br><br>v.<br><br>THE CATO CORPORATION, a Delaware Corporation; and DOES 1-20, inclusive,<br><br>              Defendants. | Case No. CV 14-06967-ODW (FFMx)<br><br>**JUDGMENT [123]** |

On April 4, 2016, the Court entered an Order (ECF Dkt. No. 123) granting Defendant The Cato Corporation's ("CATO") Motion for Summary Judgment ("Order").

In light of the Order, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.   JUDGMENT is entered in favor of CATO and against Urban Textile, Inc.

2.   CATO shall file any motion for costs under Section 505 of the Copyright Act within fourteen days from the entry of this Order.

IT IS SO ORDERED.

Dated:  April 7, 2016

_____
Otis D. Wright II
United States District Judge